**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Lori Beausoleil,** | : |
| | : |
| | : **Civil Action No.: 3:10-cv-01255** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **Accounts Management Systems, Inc.; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Lori Beausoleil ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: March 30, 2011**

**Respectfully submitted,**

**PLAINTIFF, Lori Beausoleil**

**<u>/s/ Sergei Lemberg</u>**

**Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 30, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            **By  /s/ Sergei Lemberg**

              **Sergei Lemberg**